PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. Earl Jackson

Docket No. 10cr00480-1

## Petition for Action on Conditions of Pretrial Release

COMES NOW **Stephanie Ferruggia** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Earl Jackson**, who was placed under pretrial release supervision by the **Honorable Katharine S. Hayden** sitting in the Court at Newark, New Jersey, on July 20, 2010 on a $200,000 unsecured appearance bond with the following conditions:

1. Pretrial Services Supervision
2. Defendant's mother, Patricia Jackson, to serve as third party custodian
3. Do not attempt to influence, intimidate, or injure any juror or judicial officer; not tamper with or retaliate against any witness, victim, or informant in this case
4. Travel restricted to New Jersey unless otherwise approved by Pretrial Services
5. Surrender passport/make no new applications
6. Abstain from the use of alcohol
7. Mental health testing and/or treatment as directed by Pretrial Services
8. Maintain or actively seek employment

The defendant is scheduled to appear before Your Honor on November 16, 2010 for the purpose of sentencing

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER the added condition of attending anger management counseling as directed by Pretrial Services.

ORDER OF COURT

Considered and ordered this 26th day of October, 2010 and ordered filed and made a part of the records in the above case.

_____
Honorable Katharine S. Hayden
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/21/10

_____
Stephanie Ferruggia
U.S. Pretrial Services Officer